**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 273 WAL 2021

              Respondent   :
                              :

                              :   Petition for Allowance of Appeal
                              :   from the Order of the Superior Court

              v.                   :

DIANE MCCLELLAND,   :

              Petitioner   :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 16th day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.